# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2463

_____

| | |
|---|---|
| Jeff Winters, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Southern |
| | * District of Iowa. |
| James Helling, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: April 14, 2000

Filed: June 2, 2000

_____

Before WOLLMAN, Chief Judge, BEAM, Circuit Judge, and FRANK,[1] District Judge.

_____

PER CURIAM.

Jeff Winters brought suit under 42 U.S.C. § 1983 asserting deprivation of his First Amendment right to access the courts. The parties filed cross-motions for summary judgment. The district court[2] granted summary judgment to James Helling

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

because the claim for which Winter's asserts he was denied access was frivolous.  After carefully reviewing the record and the relevant law, we agree the claim was frivolous and affirm the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.